■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES BROWN, Appellant. [679 NYS2d 278] —Judgment, Supreme Court, New York County (Alfred Donati, J.), rendered May 9, 1996, convicting defendant, after a jury trial, of sexual abuse in the first degree, and sentencing him, as a persistent violent felony offender, to a term of 20 years to life, unanimously affirmed.

The court properly refused defendant's request to charge the jury that the incident report of the investigating police officer was a prior inconsistent statement by the victim. The evidence clearly established that any omissions from the report were attributable to the officer and not the victim.

The court properly refused to instruct the jury specifically as to the victim's lack of candor about an unrelated arrest, since the court's standard *falsus in uno* charge sufficiently covered this issue (*see, People v Saunders,* 64 NY2d 665). Concur—Rosenberger, J. P., Ellerin, Wallach and Williams, JJ.

■ ELIZABETH WILK et al., Respondents, v JOEL COHEN, Appellant, and ACE CONCRETE & ASPHALT CO., INC., Respondent, et al., Defendants. [678 NYS2d 320] —Order, Supreme Court, New York County (Phyllis Gangel-Jacob, J.), entered September 16, 1997, which, in an action to recover for personal injuries allegedly sustained as a result of a defective sidewalk, insofar as appealed from, denied defendant abutting property owner's motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

The parties' experts' affidavits raise issues of fact as to whether the allegedly defective sidewalk installed on defendant property owner's behalf was a proximate cause of plaintiff's injury (*cf., Ellis v County of Albany,* 205 AD2d 1005). There is no merit to appellant's argument that he cannot be held vicariously liable for defects in the sidewalk created by a sidewalk contractor he hired in connection with renovations to the exterior of his building (*Mendoza v City of New York,* 205 AD2d 741). Concur—Rosenberger, J. P., Ellerin, Wallach and Williams, JJ.